Kadarell BARRETT, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 535, 2015

Supreme Court of Delaware.

Submitted: June 2, 2016
Decided: June 29, 2016

AFFIRMED.

Lauren PURNELL, Defendant Below-appellant,

v.

STATE of Delaware, Plaintiff Below-appellee.

No. 281, 2016

Supreme Court of Delaware.

Submitted: June 13, 2016
Decided: June 29, 2016

DISMISSED.

Titus W. HOBBS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 573, 2015

Supreme Court of Delaware.

Submitted: May 20, 2016[1]
Decided: July 5, 2016

AFFIRMED.

Augustus Hebrew EVANS, Jr., Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 174, 2016

Supreme Court of Delaware.

Submitted: April 19, 2016
Decided: July 5, 2016

DISMISSED.

1. The motion to affirm was filed on March 23, 2016, but was held in abeyance pending preparation of the transcript of the guilty plea colloquy. The transcript was filed with the Court on May 20, 2016.